# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

QUICK FITTING, INC.

    vs.                                    C.A. No.  11-463L

ZHEJIANG XINGXIN AITE COPPER
MFG. CO. LTD., ET AL
.

## **PRETRIAL ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

All factual discovery will be closed by **June 29, 2012**.

All expert discovery will be closed by **August 31, 2012**.

**After 10 days after close of discovery, no motions shall be filed and accepted by the clerk of this court except by leave of the undersigned; absent the acceptance of any motion, the case is subject to be called for trial on a 24-hour notice.**

Plaintiff shall make its expert witness disclosures as required by F. R. Civ. P. 26(a)(2)by **June 29, 2012**.

Defendant shall make its expert witness disclosures as required by F. R. Civ. P. 26(a)(2)by **July 31, 2012**.

**(Any expert witness not disclosed by these dates may not be allowed to testify unless authorized by the Court. See F. R. Civ.P. 37(c))**

Counsel shall file electronically, 30 days after a decision on any dispositive motion, or, if no dispositive motions are filed, by __**September 28, 2012**__ a pretrial memorandum which shall contain the following information:

    1.(a)    Plaintiff will set forth what is expected to be proven in support of the claim;

    1.(b)    Defendant will set forth what is expected to be proven in defense;

    2.    A memorandum of supporting law with citations of authorities.  This is to include all the law applicable to the case with emphasis on special legal issues, including any and all matters that may be the subject of a motion in limine.  All pertinent citations will be fully briefed;

    3.    A statement as to probable length of trial;

    4.    Any additional matter which counsel feel will aid the Court in the disposition and/or trial of the action.

At least **fourteen (14) days** before jury selection or, in the case of a matter to be tried without a jury, **fourteen (14) days** before trial is to begin, counsel shall submit to the Court in **conventional form (paper)** the following:

    1.    A list of all witnesses expected to testify with a brief summary of each witness's testimony and a statement as to whether that witness will testify as an expert;

    2.    A list of all exhibits intended to be offered at the trial with statements of the purpose for which the exhibit is offered.  All such exhibits are to

>    be **pre-marked** by the plaintiff in numerical order and by the defendant in alphabetical order;

> 3. If the case is to be tried before a jury, full and complete proposed jury instructions.  In matters to be tried before a jury, counsel will supply a jury verdict form (with special interrogatories, if any are being requested).

Failure to strictly comply with this order will result in appropriate sanctions which may include dismissal, default, or exclusion of evidence.

Every effort should be made to settle the case before jurors are summoned for impanelment.  **Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than seven (7) days before the scheduled impanelment date.**  Jury costs and/or counsel fees may be assessed against one or more of the parties and/or counsel if the Court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

So Ordered.

 /s/Ronald R. Laqueux
Ronald R. Lagueux
Senior United States District Judge
Dated: November 16, 2011