**Exhibit A**

**INTERROGATORY NO. 11**:

Please identify each person with whom you have consulted as an expert, and for each such person whom you expect to call as an expert witness at trial, please state:

a. the subject matter on which each such expert was consulted;

b. the subject matter on which each such expert is expected to testify;

c. all facts known or opinions held by each such expert concerning the claims and defenses in this litigation; and

d. a summary of the grounds for each such opinion.

**ANSWER**:   Xie objects to the interrogatory to the extent that Quick Fitting seeks the premature discovery of expert testimony. Xie will submit expert reports and make his experts available for deposition pursuant to Court Scheduling Order.

Date: November 30, 2012     Sworn under penalty of perjury that the above Responses are true and complete to the best of his knowledge by his attorney on November 30, 2012,

/s/ *Timothy Cornell*_____
Timothy Cornell
Mueller Law Group PLLC
130 Trescott Rd.
Etna, NH 03750
(603) 277-0838
Timothy.cornell@muellerlaw.com
Attorney(s) for Plaintiff