## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| QUICKFITTING, INC. | ) | |
| | ) | |
| *Plaintiff,* | ) | CIVIL ACTION |
| | ) | CASE NO. 1:11-cv-00463-L-DLM |
| v. | ) | |
| | ) | |
| ZHEJIANG XINGXIN AITE COPPER | ) | |
| MFG. CO., LTD., QIFU "FRANK" XIE, | ) | |
| FORLAND INTERNATIONAL | ) | |
| COMPANY, YORHE INTELLIGENT | ) | |
| CONTROL COMPANY, LTD., a/k/a | ) | |
| YORHE VALVE OR YORKE VALVE, | ) | |
| AND UNKNOWN JOHN DOE | ) | |
| INDIVIDUALS AND/OR ENTITIES | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ZHEJIANG XINGXIN AITE COPPER MFG. CO., LTD.

Pursuant to Local Rule Gen 206(e)(2), counsel for the Defendant and Plaintiff-in-Counterclaim Zhejiang Xingxin Aite Copper Mfg. Co., Ltd. ("XXAT"), Timothy Cornell of Mueller Law PLLC and Joseph Quinn of Quinn Law LLP hereby request the Court to allow for the withdrawal as counsel for XXAT.

Joshua Gardner of Josh Gardner Law, P.C. and Heather Pierce, of Edwards Wildman LLP have filed notice as counsel of record for XXAT. Doc. Nos. 49, 59. As able counsel, these attorneys can diligently represent the Defendant. Counsel for Quick Fitting has stated the plaintiff will not oppose this motion.

Granted:
Ronald R. Lagueux
Sr. U.S.D.J   4/3/13

1

Notices may be mailed to:

Josh Gardner, Esq.
Josh Gardner Law, P.C.
33 Mount Vernon St.
Boston, MA 02108
Josh@joshgardnerlaw.com
Joshgardnerlaw.com
857.225.2743

Heather Pierce
Edwards Wildman LLP
2800 Financial Plaza
Providence, RI 02903
hpierce@edwardswildman.com
01.455.7645

This address has been confirmed through counsel's mailing to this address.

Pending now before this Court are Plaintiff Quick Fitting's Motion to Compel Responses to Interrogatories and Discovery Requests. Due, under this Court's Order, on April 30, 2013.

Factual discovery in this case is scheduled to close on April 25, 2013. Pretrial memoranda are due on July 25, 2013. These dates are likely to be changed because, at Quick Fitting's request, the complaint was amended on January 25, 2013 to add Forland International Trading Co., Ltd., Yorhe Fluid Intelligent Control Co., Ltd. as co-defendants in this action. Doc. 34. On March 23, 2013, these defendants responded to the complaint. Doc. 47.

Accordingly, undersigned counsel respectfully request leave to withdraw as counsel of record for XXAT.

2