IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| QUICK FITTING, INC. | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CA No. 11-463-L |
| | : | |
| ZHEJIANG XINGXIN AITE | : | |
|   COPPER MFG. CO. LTD., | : | |
| QIFU XIE a/k/a "FRANK" XIE, | : | |
| FORLAND INTERNATIONAL | : | |
|   TRADING CO., LTD., | : | |
| YORHE FLUID INTELLIGENT | : | |
|   CONTROL CO., LTD., | : | |
|   and Unknown John Doe | : | |
| Individuals and/or Entities | : | |
|     Defendants | : | |

**MOTION FOR AN EXTENSION OF DISCOVERY
AND OTHER PRE-TRIAL ORDER DEADLINES**

The plaintiff, Quick Fitting, Inc. ("Quick Fitting"), hereby moves, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for an extension of the current discovery deadline and all other pre-trial deadlines in this matter for a period of six (6) months. This is the second request to extend discovery and other pre-trial deadlines in this case.[1]

As grounds for this extension, Quick Fitting represents that the Court in January allowed it to file and serve its *First Amended Complaint,* which joined two additional defendants, Yorhe Fluid Intelligent Control Co., Ltd. ("Yorhe") and Forland International Trading Co., Ltd. ("Forland"), and which asserts additional claims against the two original defendants, Zhejiang Xingxin Aite Copper Mfg. Co. Ltd. ("XXAT") and Qifu Xie.[2]

---

[1] The Court previously granted the Plaintiff's *Assented-to Motion for an Extension of Discovery and Other Pre-Trial Deadlines* which extended all deadlines for a period of 150 days. (Docket ("Dkt.") Entry 26).

[2] *See* Minute Entry dated January 17, 2013, and Dkt. Entry 34, entered on January 31, 2013. Quick Fitting's amendment was necessary as the plaintiff had recently discovered information that the originally named defendants, XXAT and Qifu Xie, were either operating under or in conjunction with Yorhe and Forland

- 1 -

Yorhe and Forland recently filed their *Answer* to the *Amended Complaint* (Dkt. No. 47, March 22, 2013), and XXAT recently engaged new counsel. (*See Entry of Appearance* for attorney Heather Pierce, Dkt. No. 49 dated March 25, 2013.)  Counsel for defendant Qifu Xie have moved for permission to withdraw. (Dkt. 66, April 18, 2013).  The newly added parties have not yet made their initial disclosures.  In addition, Quick Fitting's motions to compel discovery from XXAT and Xie are pending (Dkt. Nos. 39, 40, and 41), and the Court recently granted their respective motions to extend the time to respond.  (*See Minute Entry* dated April 10, 2013.)

Given the recent addition of new party defendants, the change in XXAT's counsel, the requested withdrawal of counsel for Xie, the pending motions to compel, and the anticipated need for all parties to develop factual information and legal analysis, plaintiff seeks an extension of all current deadlines.  Plaintiff does not request this extension for unfair advantage and does not believe that such extension will be prejudicial to any party.

WHEREFORE, plaintiff Quick Fitting seeks an order extending and resetting the deadlines listed in the existing Pretrial Order as follows:

| | |
|---|---|
| Close of factual discovery: | October 25, 2013 |
| Plaintiff's expert disclosures: | October 25, 2013 |
| Defendant's expert disclosures: | November 27, 2013 |
| Close of expert discovery: | December 27, 2013 |
| Filing of pretrial memoranda: | January 27, 2014 |

Each new proposed deadline simply extends the corresponding *current* deadline by a period of approximately six months, depending on the particular month and last day of each

---

or had sold the business of XXAT to the new entities under which they are continuing the wrongful conduct alleged by Quick Fitting.

extension period.

## Local Rule CV 7(e) Statement

Plaintiff does not believe oral argument on this Motion is necessary.

Date: April 23, 2013

**QUICK FITTING, INC.**

By Its Attorneys,

 /s/  Thomas R. Noel
Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL LAW
200 Hope Street
Providence, RI 02906
401-272-7400
401-621-5688 (Facsimile)
TNoel@LawNoel.com
JRHarrington@LawNoel.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2013, I served a copy of the foregoing via the Court's Electronic Case Filing (ECF) system, upon all counsel of record in this matter.

/s/   Thomas R. Noel